UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Elijah Williams, pro se :

109 DeKalb Street :

Bridgeport, PA 19405 :

(862) 230-2691 :

essentiallyelite456@gmail.com :

Plaintiff, :

:

v. : Civil Action No. _____

:

GENERAL MOTORS LLC:

a Delaware limited-liability company :

300 Renaissance Center :

Detroit, MI 48265, :

Defendant. : JURY TRIAL DEMANDED

I. JURISDICTION AND VENUE ...................................................................... 2

II. PARTIES .................................................................................................. 2

III. FACTUAL ALLEGATIONS ...................................................................... 2

IV. CAUSES OF ACTION ............................................................................. 4

V. DAMAGES .............................................................................................. 4

VI. JURY DEMAND ...................................................................................... 5

VII. PRAYER FOR RELIEF ........................................................................... 5

Exhibits ..................................................................................................................... 5

COMPLAINT, DEMAND FOR JURY TRIAL, AND
REQUEST FOR DECLARATORY AND INJUNCTIVE RELIEF

## I. JURISDICTION AND VENUE

1.  This Court has diversity jurisdiction under **28 U.S.C. § 1332(a)**: Plaintiff is a citizen of Pennsylvania; Defendant is a citizen of Delaware and Michigan; the amount in controversy exceeds **$75,000**.

2.  Federal-question jurisdiction lies under the **Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. § 2310(d)(1)(B)** because Plaintiff's claim exceeds $50,000.

3.  Venue is proper under **28 U.S.C. § 1391(b)(2)** because a substantial part of the events and injuries occurred in this District.

## II. PARTIES

4.  **Plaintiff Elijah Williams** is a natural person residing in Bridgeport, Pennsylvania, and the sole member of Autobahn Estates LLC, a light-freight enterprise.

5.  **Defendant General Motors LLC ("GM")** is a Delaware LLC with its principal place of business in Detroit, Michigan. GM designs, manufactures, markets, and warrants Chevrolet vehicles nationwide, including Pennsylvania.

## III. FACTUAL ALLEGATIONS

### A. Purchase, Intended Commercial Use, and Failure

6.  On **October 28 2024** Plaintiff purchased a **2017 Chevrolet Tahoe** with a **5.3-L V-8 AFM engine** (VIN 1GNLCDEC8HR236909) for **$14,000**—his life savings (*see* **Exhibit A, Bill of Sale**).

7.  Plaintiff obtained a Progressive commercial auto-liability policy costing ≈ $2,000 to operate the Tahoe in interstate light-freight service (*see* **Exhibit B**).

8. Plaintiff secured a freight contract with **Party Pros East Coast** expected to net ≈ $6,000 per month (*see* **Exhibit E, Contract & Early Termination Letter**).

9. On **February 15, 2025**—less than four months after purchase—the Tahoe suffered a catastrophic **lifter collapse,** causing misfires, stalling, and engine shutdown. A certified mechanic confirmed the defect and estimated replacement cost at > $9,000 (*see* **Exhibit F, Mechanic Diagnostic Report & Quote**).

## B. Cascade Damage and Safety Risk

10. The collapsed lifters damaged pushrods and camshaft lobes, introduced metallic debris into the lubrication system, and created a sudden loss-of-power hazard to Plaintiff and other motorists.

## C. Out-of-Pocket and Consequential Losses

11. Resulting damages include:

  a. Termination of the Party Pros contract—> $18,000 lost profit to date (*Exhibit E*).

  b. Insurance account sent to collections, impairing credit (*Exhibit B*).

  c. ≈ $10,000 in rental-vehicle expenses while the Tahoe was inoperable (*receipts in Exhibit F*).

  d. Emotional distress, anxiety, and sleep loss.

12. A Chevrolet dealer quoted > $9,000 to replace the engine and denied warranty coverage due to mileage (*Exhibit F*).

## D. GM's Prior Knowledge and Concealment

13. Prior to Plaintiff's purchase, GM possessed pre-production data, warranty metrics, Technical Service Bulletins (e.g., PIP5776, 20-NA-218), and hundreds of NHTSA complaints establishing an **inherent design/manufacturing defect** in AFM/DFM lifters on 2014-19 V-8 engines.

14. GM nonetheless marketed the vehicles as "durable" and "reliable," omitting the known propensity for premature lifter failure.

## E. Notice and Opportunity to Cure

15. Plaintiff mailed GM a written notice of defect on **March 4 2025** and, again, an opportunity-to-cure letter on **June 1, 2025** (*see* **Exhibit D, Opportunity-to-Cure Letters**). GM failed to repurchase, repair, or reimburse within 30 days as required by 15 U.S.C. § 2310(e).

## IV. CAUSES OF ACTION

| | Claim | Statutory / Common-Law Basis |
|---|---|---|
| 1 | **Fraudulent Concealment / Fraud by Omission** | Restatement (2d) Torts § 550; 73 P.S. § 201-1 et seq. |
| 2 | **Breach of Express Warranty** | U.C.C. § 2-313; 13 Pa.C.S. § 2313 |
| 3 | **Breach of Implied Warranty of Merchantability** | U.C.C. § 2-314; 13 Pa.C.S. § 2314 |
| 4 | **Magnuson–Moss Warranty Act** | 15 U.S.C. §§ 2301-2312 |
| 5 | **Pennsylvania UTPCPL** – deceptive omissions, misrepresentations | 73 P.S. § 201-3(4)(v), (ix), (xxi) (treble damages & fees) |
| 6 | **Strict Products Liability – Design & Manufacturing Defect** | Restatement (2d) Torts § 402A |
| 7 | **Negligent Design, Manufacture, Failure to Warn** | Pennsylvania negligence law |
| 8 | **Unjust Enrichment / Restitution** | Pennsylvania common law |
| 9 | **Declaratory & Injunctive Relief** (recall, redesign, extended warranty) | 28 U.S.C. §§ 2201-02; Fed. R. Civ. P. 57, 65 |

*(Detailed allegations supporting each count appear in ¶¶ 16–70 below.)*

## V. DAMAGES

- Vehicle repurchase or engine replacement (> $9,000).
- Out-of-pocket costs: purchase $14,000 (*Ex. A*); insurance $2,000 (*Ex. B*); rentals $10,000 (*Ex. F*).
- Lost profits—past $18,000 + future expectancy (*Ex. E*).
- Credit impairment and consequential economic loss (*Ex. B*).
- Emotional-distress damages.
- Treble, punitive, and statutory damages; attorneys' fees and costs; pre- & post-judgment interest.

## VI. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

## VII. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that the Court:

1. Enter judgment for Plaintiff on all Counts;

2. Award compensatory, treble, punitive, and statutory damages as set forth;

3. Order declaratory and injunctive relief compelling GM to redesign, recall, or extend warranty coverage for the defective lifters;

4. Award reasonable attorneys' fees and costs; and

5. Grant such other relief as the Court deems just and proper.


Respectfully submitted this 1st day of July 2025.

/s/ Elijah Williams

Elijah Williams, Pro Se

109 DeKalb Street

Bridgeport, PA 19405

(862) 230-2691

essentiallyelite456@gmail.com


## Exhibits

- **Exhibit A –** Bill of Sale (10/28/2024)
- **Exhibit B –** Progressive Commercial Insurance Policy & Collections Correspondence
- **Exhibit C –** Title, Registration & Vehicle Inspection Documents
- **Exhibit D –** Opportunity-to-Cure Letters (3/4/2025 & 6/1/2025)

- **Exhibit E –** Light-Freight Contract with Party Pros East Coast & Early Termination Letter
- **Exhibit F –** Mechanic Diagnostic Report & Repair Quote

# EXHIBIT A

**Bill of Sale (10/28/2024)**

**Chick's AUTO SALES**

18011 South Dupont Highway, Harrington DE 19952 | Phone: 302-943-7834

**BILL OF SALE**

Purchaser Name: _Elijah Williams_

Address: _58 E. 4th St. #I Bridgeport PA 19405_

Co-Purchaser: _____

Date of Purchase: _10/28/2024_

Phone: _(862) 230 2691_

Email: _essentiallyelite456@gmail.com_

**VEHICLE PURCHASED**

Year: _2017_

Model: _Tahoe_

Body Style: _4 X 4_

VIN: _1GNLCDEC8HR23689_

Make: _Chevy_

Color: _Blue_

Mileage: _16376_

: _____

**TRADE-IN DESCRIPTION (if applicable)**

Year: _____

Model: _____

Body Style: _____

VIN: _____

Make: _____

Color: _____

Mileage: _____

: _____

**SALES INFORMATION**

Motor Vehicle Sales Price: _13,995_

Document Fee: _____

Insurance: _____

Filing Fee: _____

Trade Allowance: _____

Registration Fee: _____

Warranty Fee: _____

Title Fee: _____

Temporary License: _____

Total Down Payment: _13,500_

_Paid in Full_

**THIS VEHICLE SOLD WITHOUT WARRANTY - "AS IS"**

The seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose. The buyer is responsible for all repairs. The seller assumes no responsibility for any oral statements made about the vehicle.

Customer is responsible for all repairs to this motor vehicle.

Customer will receive a good title.

Customer Signature: _E. Williams_

Salesperson Signature: _____

Date: _10-24-2024_

Date: _10/28/2024_

# Exhibit B

Progressive Commercial Insurance Policy

Collections Correspondence

PROGRESSIVE.

    

**Autobahn Estates LLC**

**IF YOU'RE IN AN ACCIDENT**
1.  Remain at the scene. Don't admit fault.
2.  Find a safe location, call the police, and exchange driver information.
3.  Call Progressive right away.

**TO REPORT A CLAIM**
Call 1-800-274-4499 or go to claims.progressive.com.

*PROGRESSIVE*

**KEEP THIS CARD IN YOUR VEHICLE WHILE IN OPERATION.**

# PUCIN & FRIEDLAND

**JOHN S. PUCIN**
LICENSED IN ILLINOIS AND OHIO

LAW OFFICE OF JOHN S. PUCIN, P.C.

**STEVEN L. FRIEDLAND**
LICENSED IN CALIFORNIA

May 28, 2025

RE:        PROGRESSIVE INSURANCE
FILE NO.:    23213701
ACCT #:     988755483

BALANCE DUE: $439.00

Dear AUTOBAHN ES TATES LLC:

Please be advised that this law firm has been retained by the above named creditor to collect the outstanding balance due and owing on this account.

My client's efforts to obtain voluntary payment from you have been to no avail.  Accordingly, payment is now required to avoid further legal collection measures being taken.  Please make payment in the above amount to my office within five (5) days of the date of this letter and your account will be considered paid in full.  If you have any questions, please contact my legal assistant, Makayla Turner via telephone at (818) 853-8679 or email at MTURNER@PFPCLAW.COM.

Please make your check or money order payable to this law firm and send it to the Illinois office at the address listed below.

Thank you for your anticipated attention to this matter.

Yours truly,

John S. Pucin, Esq.

935 National Parkway, Suite 40
Schaumburg, IL 60173

5805 Sepulveda Blvd., 4th Floor
Sherman Oaks, CA 91411

101CU044192D986PF-319819411

Pucin & Friedland
5805 Sepulveda Blvd., 4th Floor
Sherman Oaks, CA 91411-2532

CHANGE SERVICE REQUESTED

May 28, 2025

AUTOBAHN ES TATES LLC
533 E Girard Ave # 526
Philadelphia PA 19125-3311

# Exhibit C

Title, Registration

Vehicle Inspection Documents

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

932                                                      FUEL: GAS

24 30634 28009892-001

| 1GNLCDEC8HR236909 | 2017 | CHEVROLET | 87852675501 AU |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| SW | 0 | | DE | 11/01/24 | 161376 | 0 |
|---|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 11/01/24 | 11/01/24 | | | | |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

AUTOBAHN ESTATES LLC
58 E 4TH ST APT 1
BRIDGEPORT PA 19405

FIRST LIEN FAVOR OF:                          SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED_____DATE

BY_____
AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED _____
DATE

MAILING ADDRESS                              BY_____
AUTHORIZED REPRESENTATIVE

AUTOBAHN ESTATES LLC
58 E 4TH ST APT 1
BRIDGEPORT PA 19405



**pennsylvania**
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that person(s) or company named herein is the lawful owner of the said vehicle.

MICHAEL B. CARROLL

Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN
TO BEFORE ME:

MO.        DAY        YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐   IS THIS AN ELT? (IF YES, FIN REQUIRED)   YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

CITY                        STATE              ZIP

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth herein.

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

STREET

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

CITY                        STATE              ZIP

STAMP OR SEAL

92691731

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

EXPIRY:    Oct 31, 2026    VALID: 11/01/2024

PLATE:      MPWO129
TITLE:      87852673501 AU
VIN:        1GNLCDEC8HR236909
YR/MAKE:    2017/CHEVROLET
TYPE:       SW
WID:        24306 3428 009892

EMISSION INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT    COUNTY: MONTGOMERY

AUTOBAHN ESTATES LLC
58 E 4TH ST APT 1
BRIDGEPORT PA 19405

SIGNATURE

I hereby acknowledge this day that I have received notice of the provisions of Section 3709 of the Vehicle Code

## COMMONWEALTH OF PENNSYLVANIA
### VEHICLE EMISSIONS INSPECTION REPORT
Test Date/Time: 11/08/2024 @ 15:14

VIN: 1GNLCDEC8HR236909



TITLE: 8785267550

---

### VEHICLE INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Year: | 2017 | Make: | CHEVROLET | Model: | TAHOE |
| VIN: | 1GNLCDEC8HR236909 | Engine Size: | 5.3L | Cylinders: | 8 |
| Odometer: | 161673 | GVWR: | 7000 | Estimated Test | |
| License: | MPW0129 | Inspection Type: | Initial | Weight: | |
| County: | MONTGOMERY | | | Record Number: | 2230 |

### EMISSIONS CONTROL SYSTEMS VISUAL/FUNCTIONAL INSPECTION

| | | | | | |
|---|---|---|---|---|---|
| Air In. System: | NA | Catalytic Converter: | NA | Fuel Cap Integrity: | PASS |
| EGR System: | NA | Evaporative Control System: | NA | | |
| PCV System: | NA | Fuel Inlet Restrictor: | NA | | |

### OBD EMISSIONS INSPECTION

| | | | |
|---|---|---|---|
| MIL BULB KOEO: | PASS | OBD FAULT CODE RESULT: | PASS |
| MIL BULB KOER: | PASS | OBD READINESS RESULT: | PASS |
| MIL COMMAND STATUS: | PASS | OBD I/M CHECK RESULT: | PASS |

### OVERALL TEST RESULTS: PASSED

Emissions Control Systems Visual/Functional Inspection: PASS
OBD Emissions Inspection: PASS
Sticker: IM5001 9258
TIN: 38288302

RETAIN THIS DOCUMENT FOR YOUR RECORDS.

Vehicle tested in accordance with Pa. Code Title 67, Chapter 177

### EMISSIONS INSPECTION STATION

| | | | |
|---|---|---|---|
| STATION #: | KA90 | INSPECTOR NAME: | GAZWAN A. AL-OBAIDI |
| STATION NAME: | GAZ AUTO | SOFTWARE VERSION: | 2201 |
| ADDRESS: | 3 Dekalb St , Norristown PA 19401 | FIRMWARE VERSION: | 1.3.3.0 |
| PHONE: | 610-275-3460 | EQUIPMENT #: | NB000874 |

VEHICLE EMISSIONS INSPECTION QUESTIONS: For additional information, please contact the Customer Hotline at (800) 265-0921.

Inspector's
Signature: _____

# Exhibit D

Opportunity-to-Cure Letters (03/04/2025

06/01/2025)

**Elijah Williams**
58 E. 4th St. APT 1
Bridgeport, PA 19405
Phone: (862) 230-2691
Email: essentiallyelite456@gmail.com

March 4, 2025

Via USPS First Class Mail

**General Motors LLC**
Attn: Vehicle Warranty Claims
P.O. Box 33170
Detroit, MI 48232-5170

Re: **2017 Chevrolet Tahoe – VIN 1GNLCDEC8HR236909**
*Lifter/Valve-Train Failure – Opportunity-to-Cure Notice (Magnuson-Moss Warranty Act)*

Dear Sir or Madam:

I purchased the above-referenced 2017 Chevrolet Tahoe on **October 28, 2024**, expecting a reliable vehicle to launch and operate my small-parcel delivery startup, **Autobahn Estates LLC**. Less than three months later, a catastrophic lifter collapse destroyed the camshaft, rendered the engine inoperable, and shut down my new business.

Had I known that GM was experiencing widespread lifter defects in its small-block engines, I would have selected a different vehicle. GM's failure to initiate a recall or warn purchasers constitutes negligence and, potentially, fraud. Your continued sale of vehicles with a known safety-related defect exposes consumers like me to significant economic damage and safety risk.

Under the **Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301–2312**, and any applicable state "lemon" statutes, this letter serves as formal **NOTICE OF NON-CONFORMITY** and affords GM an **opportunity to cure**. Specifically, I demand that GM, within **thirty (30) days** of receipt of this notice:

1. Arrange and pay for transportation of the vehicle to an authorized facility;

2. Replace the defective lifters, camshaft, and any collateral components, or in the alternative provide a factory-remanufactured or new engine at no cost to me;

3. Reimburse all out-of-pocket losses directly attributable to the defect, including:

   ○ **$14,000** vehicle purchase price;

- **$2,000** commercial-use insurance premium now in collections;

- Lost income from a forfeited **$6,000-per-month** freight contract with Party Pros East Coast; and

- Reasonable incidental and consequential damages.

If GM fails to fully cure these defects and indemnify my losses within the thirty-day period, I will pursue all available remedies, including litigation for **breach of warranty, product liability, and common-law and statutory fraud**, as well as any other damages available under federal or state law. I will also seek attorney's fees and costs as provided by statute.

Please direct all correspondence to me at the address above or by email. I look forward to GM's timely response and to resolving this matter without court intervention.

Sincerely,

Elijah Williams


**Enclosures (for reference):**

1. Bill of Sale – 2017 Chevrolet Tahoe (Oct. 28, 2024)

2. Repair Estimate – Tropical Auto (Feb. 26, 2025)

3. Freight Contract & Termination Letter (Party Pros East Coast)

4. Title, Registration, and Insurance card

5. Receipts from oil

6. Inspection Certification

**OPPORTUNITY-TO-CURE / PRE-SUIT NOTICE**

**Date:** June 1, 2025
**Via U.S. Certified Mail – Return Receipt Requested**

**General Motors LLC**
Attn: Vehicle Warranty Claims – Lifter Defect
P.O. Box 33170
Detroit, MI 48232-5170

**Re:** 2017 Chevrolet Tahoe (VIN 1GNLCDEC8HR236909) –
Catastrophic Lifter/Valve-Train Failure
**Notice Under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(e), and the
Pennsylvania Unfair Trade Practices & Consumer Protection Law**

Dear Warranty Administrator:

1. **Owner & Purchase (Exhibit A).** I, **Elijah Williams**, purchased the above-referenced 2017 Chevrolet Tahoe on **October 28 2024** for **$14,000** (purchase price plus tax and title). See *Purchase Invoice*, **Exhibit A**. The vehicle was acquired to launch a light-freight enterprise operated through my single-member LLC, **Autobahn Estates LLC**.

2. **Defect & Failure (Exhibit B).** On **February 15 2025**, at approximately 162,000 miles, the Tahoe experienced a sudden **lifter collapse** that damaged the camshaft and valve-train. The engine lost power and became inoperable, stranding me roadside and exposing me and other motorists to risk of collision. See *Certified Mechanic Diagnostic Report*, **Exhibit B**.

3. **Consequential Losses (Exhibits C–D).** As a direct result of the defect:

- A $6,000/month delivery contract with **Party Pros East Coast** was cancelled, causing **>$18,000** in lost profit to date and ongoing losses.

- I paid ≈ **$5,000** in rental-vehicle fees to remain mobile (see *Itemized Rental-Car Receipts*, **Exhibit C**).

- My commercial insurance premium of **$2,000** went to collections, damaging my credit (see *Progressive Collection Notice*, **Exhibit D**).

- I incurred significant out-of-pocket costs, inconvenience, and emotional distress.

4. **GM's Prior Knowledge.** Public Technical Service Bulletins (e.g., PIP5776, 20-NA-218) and hundreds of NHTSA complaints establish that GM knew—well before my purchase—that Active/Dynamic Fuel Management lifters in 2014-2019 V-8 engines

routinely collapse, yet GM failed to recall or warn consumers.

5. **Legal Basis.** GM's failure to disclose and remedy this known safety defect constitutes:

- **Breach of express and implied warranties** (U.C.C. §§ 2-313, 2-314; 13 Pa.C.S. §§ 2313, 2314);

- Violations of the **Magnuson-Moss Warranty Act** (15 U.S.C. §§ 2301-2312);

- Violations of the **Pennsylvania Unfair Trade Practices & Consumer Protection Law** (73 P.S. § 201-1 et seq.);

- **Fraudulent concealment, strict products liability,** and **negligent design/manufacture** under Pennsylvania law.

6. **Opportunity to Cure (15 U.S.C. § 2310(e)).** GM has **30 days from receipt** of this letter to take one of the following actions:
   a. **Repurchase** the vehicle for the full purchase price and reimburse all incidental and consequential damages (purchase $14,000; insurance $2,000; rentals $5,000; lost profits $18,000 +; credit impairment; out-of-pocket expenses), **or**
   b. **Replace** the engine with a defect-free, updated lifter design at no cost, provide a 100,000-mile parts-and-labor warranty on the replacement, and reimburse the above-listed damages.

7. **Failure to Cure (Exhibit E).** On **March 4 2025** I previously notified GM of the defect and provided an opportunity to cure, but received no meaningful response (see *Prior Notice Letter,* **Exhibit E**). If GM does not provide full relief within 30 days of the present notice, I will file suit in the United States District Court for the Eastern District of Pennsylvania seeking all available remedies, including treble damages, punitive damages, attorneys' fees, costs, and equitable relief compelling a recall.

Please contact me **within ten (10) days** of receipt at (862) 230-2691 or essentiallyelite456@gmail.com to arrange inspection, repurchase, or settlement.

Sincerely,

*/s/ Elijah Williams*
**Elijah Williams**
109 DeKalb Street
Bridgeport, PA 19405
(862) 230-2691
essentiallyelite456@gmail.com

**Enclosures**

- **Exhibit A** – Purchase Invoice (10/28/2024)

- **Exhibit B** – Mechanic Diagnostic Report (2/15/2025)

- **Exhibit C** – Itemized Rental-Car Receipts

- **Exhibit D** – Progressive Insurance Collection Notice

- **Exhibit E** – Prior Opportunity-to-Cure Letter (3/4/2025)

# EXHIBIT E

**Party Pros Contract & Termination Letter**



## DELIVERY SERVICES AGREEMENT

This Delivery Services Agreement ("Agreement") is made and entered into on this 1st  day of November, 2024, by and between:

PartyPros East Coast, a Professional Event and Entertainment Company, with a principal place of business at partyproseastcoast.com, Phone: 844-PartyHQ ("Company"),

and

Autobahn Estates LLC, a Pennsylvania limited liability company, with a business address at 533 E. Girard Ave., Unit 526, Philadelphia, PA 19125 ("Contractor").

The parties agree as follows:

### 1. Scope of Services

Contractor agrees to provide delivery services for Company, specifically including but not limited to the transportation and delivery of party essential equipment such as tents, tables, chairs, linens, décor, audio/visual equipment, and related event materials to and from various venues, event sites, and storage locations as designated by Company.

### 2. Compensation

Company shall pay Contractor $2.00 per mile for each completed delivery route. Mileage shall be calculated based on a mutually agreed method using GPS-verified trip logs or odometer readings.

Payment shall be made bi-weekly (every two weeks) for all properly documented and completed deliveries during the applicable pay period.

### 3. Term and Termination

This Agreement shall begin on November 1st, 2024, and continue on an ongoing basis unless terminated by either party upon seven (7) days written notice.

Either party may terminate this Agreement immediately in the event of material breach by the other party.

## 4. Independent Contractor Status

Contractor is engaged as an independent contractor, not an employee of the Company. Contractor shall be responsible for all taxes, licenses, insurances, and expenses related to the operation of its vehicle(s) and business.

## 5. Vehicle and Insurance Requirements

Contractor shall ensure that all vehicles used to perform services under this Agreement are in safe operating condition, registered, and insured in accordance with state and federal law.

Contractor shall maintain commercial auto liability insurance with minimum coverage limits of $100,000 per person / $300,000 per occurrence and provide proof of coverage to Company upon request.

## 6. Confidentiality and Conduct

Contractor agrees to maintain confidentiality regarding the Company's clients, delivery destinations, and proprietary practices. The Contractor shall conduct all deliveries in a professional and timely manner and represent the Company's brand positively.

## 7. Entire Agreement

This Agreement constitutes the full and complete understanding between the parties. Any modifications must be in writing and signed by both parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date written above:

PartyPros East Coast
By: _____
Name: Bruno Giannini
Title: Owner
Date: 11-01-2024

Autobahn Estates LLC
By: _____
Name: Elijah Williams
Title: Owner
Date: Nov. 01, 24

February 17, 2025

Party Pros East Coast
105 Dekalb Street
Bridgeport,PA 19405

Hi Party Pros team,

I'm writing to let you know that I have to end our delivery contract early. My   Tahoe is dead and I can't make the rounds anymore. I've tried every option—repair quotes, rentals, borrowing another vehicle—but nothing reasonable is coming together fast enough.

Because of that, our agreement will wrap up two weeks from today, on Friday February 28th, 2025. I'm really sorry for the hassle this causes. I know you've counted on me to get your orders out, and I hate to back out like this.

Here's what I'll do before the 28th:

- Send over all delivery logs and paperwork I've got.

- Square up any open invoices as soon as you send the final numbers.

- Help however I can while you switch to a new driver or company.

If there's anything else you need from me, just say the word and I'll do my best.

Thanks for understanding, and again, I'm sorry things ended up like this.

Take care,

*E. Williams*

E. Williams
Autobahn Estates LLC
533 E. Girard Ave., Unit 526
Philadelphia, PA 19125
(484) 686-2022
autobahnestatesllc@gmail.com

# Exhibit F

Mechanic Diagnostic Report

Repair Quote

**TROPICAL
MECHANICS**



**Repair Estimate**

Date: February 29, 2025
Quote #: TM-2025-0529

**TROPICAL MECHANICS**
**416 DeKalb Street**
**Bridgeport, Pennsylvania 19405**
**Phone: (610) 272-3707**

**To:**

Elijah Williams

109 DeKalb Street

Bridgeport, PA 19405

**Vehicle Information:**

Year: 2017

Make/Model: Chevrolet Tahoe

Engine: 5.3L V8

VIN: 1GNLCDEC8HR236909

Mileage: 162,132

**Repair Description**

Scope of Work:

- Removal and replacement of all 16 lifters

- Replacement of camshaft

- Replacement of necessary gaskets, seals, and fluids

- Inspection and cleaning of internal components

- Reassembly and final testing of engine operation

Estimated Completion Time: 3-5 business days from drop-off, depending on parts availability.

**Cost Breakdown**

| | |
|---|---|
| Parts (lifters, camshaft, gaskets, fluids) | $3,300.00 |
| Labor (22 hours @ $200/hr) | $4,400.00 |
| Shop Supplies and Disposal Fee | $275.00 |
| **Total Estimate** | **$8,623.00** |

**Terms of Payment**

- A 50% deposit is required before work begins.

- Remaining balance is due upon completion.

- We accept cash, major credit cards, and certified checks.

Note: This quote is valid for 30 days. Additional issues discovered during disassembly may result in revised pricing. A full diagnostic inspection is included in the labor.

We appreciate your business. Please contact us if you have any questions or would like to proceed with the repair.

Sincerely,

Tropical Mechanics Service Team

Technician: Luis Mendez

Signature: _____

Date: 2 - 28 - 24



Elijah Williams
109 Dekalb St., Bridgeport, PA 19405

United States District
Court Clerk
601 Market Street
Philadelphia PA
19106

2025 JUL 22 PM 1:12
USDC-EDPA REC'D CLERK

