IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIJAH WILLIAMS** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 25-CV-3842** |
| | : | |
| **GENERAL MOTORS, LLC,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 7th day of August 2025, upon consideration of Plaintiff Elijah Williams's *Motion to Proceed In Forma Pauperis* (ECF No. 2), and Complaint (ECF No. 1) it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, without prejudice,** for lack of subject matter jurisdiction.  No leave to amend will be granted but Williams may reassert his claims in state court.

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*